**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Chapter 13 No.     12-01524

Kevin B Mayginnes and Nancy S Mayginnes

Judge     LaShonda A. Hunt

Debtors

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 17, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on October 17, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2231

## SERVICE LIST

Kevin B Mayginnes
106 Lucre Court
Schaumburg, IL 60173

Nancy S Mayginnes
1445 Sturgean Bay Ct
Schaumburg, IL 60173

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Xiaoming Wu
Ledford, Wu & Borges, LLC
105 W. Madison
23rd Floor
Chicago, IL 60602